Jonathan Gross, Esq. (SBN 122010)
Jay E. Framson, Esq. (SBN 161931)
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone:   (510) 596-0888
Facsimile:   (510) 596-0899

Attorneys for MARYLAND CASUALTY COMPANY
(also erroneously sued as Zurich American Insurance Group)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW J. HEWITT, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE GROUP, MARYLAND CASUALTY COMPANY<br><br>Defendants. | Case No.  CV-08-01057-JAM-JFM<br><br>**STIPULATION FOR ENTRY OF MODIFIED SCHEDULING ORDER** |

　　　Plaintiffs Matthew J. Hewitt and Pacific Crest Research Corporation, through their counsel of record Palmer Kazanjian Wohl Perkins LLP, and Defendant Maryland Casualty Company (also erroneously sued as Zurich American Insurance Group), through its counsel of record, Bishop, Barry, Howe, Haney & Ryder, hereby stipulate to the entry of a modified scheduling order to extend the deadlines for disclosure of expert witnesses, cutoff of non-expert discovery, and filing and hearing of dispositive motions for 30 days.

　　　Pursuant to the Court's July 21, 2008, Order, expert disclosures are due on January 16, 2009; non-expert discovery is to be completed by March 13, 2009; dispositive motions are to be filed by April 22, 2009; a Pretrial Conference is scheduled for June 26, 2009; and trial is scheduled for August 3, 2009.

/ / /

This request is made in good faith and is not for the purpose of causing any undue delay. In particular, the parties are engaged in discussions that they hope will lead to a negotiated settlement of this case without the necessity of litigation. The parties therefore request that the Court enter a new scheduling order as follows:

| | |
|---|---|
| Expert witness disclosures | February 17, 2009 |
| Discovery Cutoff | April 13, 2009 |
| Dispositive motions to be filed | May 20, 2009 |
| Dispositive motions to be heard | June 17, 2009 at 9:00 a.m. |
| Joint pretrial statement | July 17, 2009 |
| Pretrial conference | July 24, 2009 at 2:00 p.m. |
| Jury trial | August 31, 2009 at 9 a.m. |

Dated this 23rd day of January, 2009

Dated this 23rd day of January, 2009

_____/s/_____
Jonathan Gross
Jay E. Framson
BISHOP, BARRY, HOWE, HANEY & RYDER
2000 Powell Street, Suite 1425
Emeryville, CA 94608
Telephone:    (510) 596-0888
Facsimile:    (510) 596-0899

Attorneys for Defendant MARYLAND CASUALTY COMPANY (also erroneously sued as Zurich American Insurance Group)

_____/s/_____
Robin Perkins
Robin K. Perkins
Christopher F. Wohl
PALMER KAZANJIAN WOHL PERKINS LLP
520 Capitol Mall, suite 600
Sacramento, CA  95814
Telephone: (916) 442-3552
Fax:         (916) 442-3606

Attorneys for Plaintiffs MATTHEW HEWITT AND PACIFIC CREST RESEARCH CORPORATION

**IT IS SO ORDERED**:

Dated:  January 23, 2009

    /s/ John A. Mendez
JUDGE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

BISHOP, BARRY, HOWE, HANEY & RYDER
A PROFESSIONAL CORPORATION
2000 Powell Street, Suite 1425, Emeryville, California 94608
Tel. No. (510) 596-0888  Facsimile (510) 596-0899