1  Robin K. Perkins, SBN: 131252
   PALMER KAZANJIAN WOHL PERKINS LLP
2  520 Capitol Mall, Suite 600
   Sacramento, CA 95814
3  Telephone:    (916) 442-3552
   Facsimile:    (916) 442-3606
4
   Attorneys for Plaintiffs
5  Matt Hewitt and Pacific Crest
   Research Corporation
6
7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10
   MATT HEWITT and                          Case No. CV-08-1057-JAM-JFM
11 PACIFIC CREST RESEARCH
   CORPORATION, a Washington
12 Corporation                              **STIPULATION FOR DISMISSAL; ORDER THEREON**

13              Plaintiffs

14        v.

15 ZURICH AMERICAN INSURANCE
   GROUP, an Illinois Corporation; and
16 MARYLAND CASUALTY COMPANY
   an Illinois Corporation
17
                Defendant(s).
18

19
20        IT IS HEREBY STIPULATED by and between the parties in the above-entitled case, through

21 their counsel of record, that this matter is dismissed with prejudice. Accordingly, the parties request that

22 the Court grant the Proposed Order and dismiss this matter with prejudice.

23
   Dated: June 8, 2009                      PALMER KAZANJIAN WOHL PERKINS LLP
24

25
                                            By:     /s/ Robin K. Perkins
26                                             Robin K. Perkins
                                               Attorneys for Plaintiffs
27                                             MATTHEW HEWITT and PACIFIC CREST
                                               RESEARCH CORPORATION
28

PALMER KAZANJIAN
WOHL PERKINS LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: June 8, 2009                                          BISHOP, BARRY, HOWE, HANEY & RYDER
2
3
4                                                                By:      /s/ Jonathan Gross
                                                                         Jonathan Gross
5                                                                        Attorneys for Defendants
                                                                         ZURICH AMERICAN INSURANCE GROUP
6                                                                        and MARYLAND CASUALTY COMPANY
7                                                 **ORDER**
8       Good cause being shown therefore, it is so Ordered.
9
10  DATED:  July 9, 2009
                                                                 /s/ John A. Mendez
11
                                                                 Judge of the Eastern District Court
12
13
...
28

PALMER KAZANJIAN
WOHL PERKINS LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

2.

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the City and County of Sacramento, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 520 Capitol Mall, Suite 600, Sacramento, CA 95814.

On this date, the following document(s):

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON**

was served on all parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Jay E. Framson
Jonathan Gross
Bishop, Barry, Howe, Haney & Ryder
2000 Powell Street, Suite 1425
Emeryville, California 94608

Service was accomplished by:

☒  **MAIL** – I am readily familiar with the firm's practice of collection and processing documents and correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on today's date with postage thereon fully prepaid at Sacramento, California in the ordinary course of business.

☐  **PERSONAL SERVICE** – I am readily familiar with this firm's practice regarding the use of courier services. Under that practice, the courier service would dispatch a courier to this firm to pick-up and personally deliver the document(s) by close of business on today's date to the above addressee(s).

☐  **OVERNIGHT DELIVERY** – I am readily familiar with the firm's practice of collecting and processing correspondence for shipping via overnight delivery service. Under that practice it would be deposited in an overnight delivery service pick-up box or office on the same day with fees thereon fully prepaid in the ordinary course of business.

☐  **FACSIMILE** – At or about _____ a.m./p.m. on , I transmitted the document(s) to the facsimile number(s) of the above addressee(s)  This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916-446-3606. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 8, 2009 in Sacramento, California.

                                                    /s/ Natalia D. Asbill
                                               Natalia D. Asbill

PDF created with pdfFactory trial version www.pdffactory.com